UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMJED ALI ABABSEH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A. CAPITAL ONE BANK (USA), N.A., AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and GOTHUB, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C19-1397 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

**STIPULATION**

Having reviewed the Parties' Stipulated Motion to Stay (Dkt. No. 10), the Court hereby GRANTS the Motion and ORDERS this matter stayed pending resolution by the Judicial Panel on Multidistrict Litigation (JPML) as to whether this case will be transferred and consolidated

1 | with other similar cases pursuant to 28 U.S.C. § 1407.  The Parties' shall inform the Court within

2 | five (5) days of the JPML's decision.

3

4 | The clerk is ordered to provide copies of this order to all counsel.

5 | Dated September 13, 2019.

Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY - 2